## List of Creditors

Dept. of Ed/Nelnet
121 South 13th Street
Lincoln, NE 68508

MG RETAIL LLC
214 WEST 39TH STREET
SUITE 1200
NEW YORK, NY 10018

OXYGEN XL
1 HILLCREST CENTER DRIVE
SUITE 314
Spring Valley NY 10977

SMITH CARROAD LEVY WAN & PARIKH, P.C.
5036 JERICHO TURNPIKE
Suite 201
COMMACK, NY 11725

214 W39th St LLC
214 West 39th Street
Suite 1200
New York, NY 10018

UNIVERSAL PARTNERS
P O Box 3385
Littleton CO 80161