United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 23-42961-nhl |
| Begum S. Nassa | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf002 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Begum S. Nassa, 84-08 129th St, Kew Gardens, NY 11415-2811 |
| 10230214 | + | 214 W39th St LLC, 214 West 39th Street, Suite 1200, New York, NY 10018-5526 |
| 10230211 | | MG RETAIL LLC, 214 WEST 39~ STREET, SUITE 1200, NEW YORK, NY 10018 |
| 10230212 | + | OXYGEN XL, 1 HILLCREST CENTER DRIVE, SUITE 314, Spring Valley NY 10977-3745 |
| 10230213 | + | SMITH CARROAD LEVY WAN & PARIKH, P.C., 5036 JERICHO TURNPIKE, Suite 201, COMMACK, NY 11725-2812 |
| 10230215 | + | UNIVERSAL PARTNERS, PO Box 3385, Littleton CO 80161-3385 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 24 2023 18:18:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 24 2023 18:19:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 24 2023 18:18:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 24 2023 18:18:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10230210 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 24 2023 18:18:00 | Dept. of Ed/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf002 | Total Noticed: 11 |
| Date: Aug 26, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Debra Kramer | dkramer@kramerpllc.com;trustee@kramerpllc.com ny73@ecfcbis.com |
| Debra Kramer | on behalf of Trustee Debra Kramer dkramer@kramerpllc.com;trustee@kramerpllc.com ny73@ecfcbis.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Sally S Attia | on behalf of Debtor Begum S. Nassa attialaw@gmail.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                          Case No. 23-42961- NHL

    Begum Nassa,
                                     Debtor.
                                                      Chapter 7
------------------------------------------------------------------x

### NOTICE OF TELEPHONE DIAL-IN INFORMATION TO ATTEND
### SECTION 341 MEETING OF CREDITORS

**THE** initial section 341 meeting of creditors for the above-captioned case scheduled for

**September 28, 2023 at 10:30 AM will be conducted by telephone conference on September**

**28, 2023 at 10:30 AM** (the "Designated Meeting Time).

All parties shall appear by phone at the section 341 meeting in accordance with the instructions below.

### Call In Information

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

        Meeting Dial-in No:  **866-910-0272**, and

        when prompted enter the Participant Code: **8706288** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for your anticipated cooperation in this regard.

### Instructions for Testifying Debtors and Counsel

No later than one day prior to the Designated Meeting Time, the debtor's attorney is required to provide to the trustee an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number. A copy of the debtor's photo identification and proof of social security number must be provided to the trustee, together with a declaration by the debtor's attorney confirming that: (i) the attorney met with the debtor; and (ii) the attorney examined and verified the debtor's original photo identification and proof of social security number, via a secure method, i.e., portal, encrypted email, etc. The debtor's photo identification and the proof of the social security number shall be those documents deemed

acceptable in accordance with current applicable procedures. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: August 23, 2023

/s/ Debra Kramer, Trustee, interim Chapter 7 Trustee
Debra Kramer, Trustee, interim Chapter 7 Trustee
Debra Kramer, PLLC
10 Pantigo Road - Suite 1
East Hampton, NY 11937
Telephone: (516) 482-6300
Email: dkramer@kramerpllc.com