# NYC HEALTH + HOSPITALS

| | |
|---|---|
| Pay Group: | B1-Bi-Weekly 1 |
| Pay Begin Date: | 05/07/2023 |
| Pay End Date: | 05/20/2023 |

| | |
|---|---|
| Mail drop ID: | XBA1 |
| Business Unit: | QUE01 |
| Advice #: | 000000004536972 |
| Advice Date: | 05/26/2023 |

| | |
|---|---|
| Employee ID: 100167385 | |
| BEGUM NASSA | |
| 84-08 129TH STREET | |
| KEW GARDENS, NY 11415 | |
| Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| Location: | QUEENS MAIN BUILDING BSMT |
| Job Title: | Service Aide-Food Service |
| Pay Rate: | $21,478.00 Annual |
| Pension ID: | |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Wages | - | 40.00 | 823.81 | 440.00 | 9,061.91 | |
| Absent Without Pay | - | - | 0.00 | - | -185.13 | |
| Retroactive pay adjustment | - | - | 0.00 | - | 1,600.00 | |
| Holiday Premium | - | - | 0.00 | - | 154.30 | |
| Overtime Prev YTD | - | - | 0.00 | 20.50 | 421.69 | |
| FLSA-Overtime | - | - | 0.00 | 23.00 | 505.54 | |

**CONTINUED NEXT PAGE**

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 397.88 |
| Fed MED/EE | 11.94 | 236.67 |
| Fed OASDI/EE | 51.08 | 1,011.99 |
| NY FLI/EE | 3.75 | 74.27 |
| NY Withholdng | 22.19 | 668.30 |
| NY NEW YORK Withholdng | 16.32 | 475.02 |
| **TOTAL:** | **105.28** | **2,864.13** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DC37-Loc420Dues-NrsAid-TrnEsct | 16.93 | 186.23 |
| **TOTAL:** | **16.93** | **186.23** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 823.81 | 823.81 | 105.28 | 16.93 | 701.60 |
| YTD | 16,322.40 | 16,322.40 | 2,864.13 | 186.23 | 13,272.04 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account # | Amount |
|---|---|---|---|
| Advice #4536972 | | | 701.60 |
| **TOTAL:** | | | **701.60** |

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
NEW YORK CITY HEALTH + HOSPITALS

# NYC HEALTH + HOSPITALS

| | |
|---|---|
| Pay Group: | B1-Bi-Weekly 1 |
| Pay Begin Date: | 05/07/2023 |
| Pay End Date: | 05/20/2023 |

| | |
|---|---|
| Mail drop ID: | XBA1 |
| Business Unit: | QUE01 |
| Advice #: | 000000004536972 |
| Advice Date: | 05/26/2023 |

Employee ID: 100167385
BEGUM NASSA
84-08 129TH STREET
KEW GARDENS, NY 11415

| | |
|---|---|
| Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| Location: | QUEENS MAIN BUILDING BSMT |
| Job Title: | Service Aide-Food Service |
| Pay Rate: | $21,478.00 Annual |
| Pension ID: | |

### TAX DATA:

| | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Hours | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|
| Overtime | - | - | - | 0.00 | 218.50 | 4,494.59 |
| Shift Differential | - | - | - | 0.00 | - | 269.50 |
| **TOTAL:** | | | 40.00 | 823.81 | 702.00 | 16,322.40 |

## TAXES

| Description | Current | YTD |
|---|---|---|

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
NEW YORK CITY HEALTH + HOSPITALS

**NYC HEALTH + HOSPITALS**

| Pay Group: | B1-Bi-Weekly 1 |
| --- | --- |
| Pay Begin Date: | 06/04/2023 |
| Pay End Date: | 06/17/2023 |

| Mail drop ID: | XBA1 |
| --- | --- |
| Business Unit: | QUE01 |
| Advice #: | 000000004625433 |
| Advice Date: | 06/23/2023 |

| Employee ID: 100167385 | Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| --- | --- | --- |
| BEGUM NASSA | Location: | QUEENS MAIN BUILDING BSMT |
| 84-08 129TH STREET | Job Title: | Service Aide-Food Service |
| KEW GARDENS, NY 11415 | Pay Rate: | $22,786.00 Annual |
| | Pension ID: | |

| TAX DATA: | Federal | NY State |
| --- | --- | --- |
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- | --- |
| Retroactive pay adjustment | | - | - | 163.23 | - | 462.47 |
| Holiday Premium | 05/29/2023 | - | - | 79.46 | - | 233.76 |
| Shift Differential | 06/03/2023 | - | - | 9.54 | - | 353.56 |
| Overtime | | - | 4.00 | 84.76 | 250.50 | 5,155.31 |
| Retroactive pay adjustment | | - | - | 1,047.80 | - | 3,617.49 |
| FLSA-Overtime | 06/10/2023 | - | 25.00 | 602.95 | 97.00 | 2,229.21 |

**CONTINUED NEXT PAGE**

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 258.77 | 1,134.35 |
| Fed MED/EE | 41.73 | 334.56 |
| Fed OASDI/EE | 178.41 | 1,430.51 |
| NY FLI/EE | 13.09 | 104.98 |
| NY Withholdng | 142.25 | 1,012.85 |
| NY NEW YORK Withholdng | 101.23 | 719.77 |
| **TOTAL:** | **735.48** | **4,737.02** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| DC37-Loc420Dues-NrsAid-TrnEsct | 16.93 | 220.09 |
| **TOTAL:** | **16.93** | **220.09** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 2,877.61 | 2,877.61 | 735.48 | 16.93 | 2,125.20 |
| YTD | 23,072.76 | 23,072.76 | 4,737.02 | 220.09 | 18,115.65 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account # | Amount |
| --- | --- | --- | --- |
| Advice #4625433 | | | 2,125.20 |
| **TOTAL:** | | | **2,125.20** |

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
NEW YORK CITY HEALTH + HOSPITALS

# NYC HEALTH + HOSPITALS

| | | |
|---|---|---|
| Pay Group: | B1-Bi-Weekly 1 | |
| Pay Begin Date: | 06/04/2023 | |
| Pay End Date: | 06/17/2023 | |

| | |
|---|---|
| Mail drop ID: | XBA1 |
| Business Unit: | QUE01 |
| Advice #: | 000000004625433 |
| Advice Date: | 06/23/2023 |

Employee ID: 100167385
BEGUM NASSA
84-08 129TH STREET
KEW GARDENS, NY 11415

| | |
|---|---|
| Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| Location: | QUEENS MAIN BUILDING BSMT |
| Job Title: | Service Aide-Food Service |
| Pay Rate: | $22,786.00 Annual |
| Pension ID: | |

**TAX DATA:**

| | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|
| Shift Differential | 06/10/2023 | - | - | 15.89 | - | 0.00 |
| Regular Wages | | - | 40.00 | 873.98 | 520.00 | 10,784.40 |
| Absent Without Pay | | - | - | 0.00 | - | -185.13 |
| Overtime Prev YTD | | - | - | 0.00 | 20.50 | 421.69 |
| **TOTAL:** | | | **69.00** | **2,877.61** | **888.00** | **23,072.76** |

## TAXES

| Description | Current | YTD |
|---|---|---|

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

**RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS**
**NEW YORK CITY HEALTH + HOSPITALS**

# NYC HEALTH + HOSPITALS

| | |
|---|---|
| Pay Group: | B1-Bi-Weekly 1 |
| Pay Begin Date: | 06/18/2023 |
| Pay End Date: | 07/01/2023 |

| | |
|---|---|
| Mail drop ID: | XBA1 |
| Business Unit: | QUE01 |
| Advice #: | 000000004666653 |
| Advice Date: | 07/07/2023 |

Employee ID: 100167385
BEGUM NASSA
84-08 129TH STREET
KEW GARDENS, NY 11415

| | |
|---|---|
| Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| Location: | QUEENS MAIN BUILDING BSMT |
| Job Title: | Service Aide-Food Service |
| Pay Rate: | $23,470.00 Annual |
| Pension ID: | |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|
| Overtime | 06/17/2023 | | 18.00 | 392.94 | 268.50 | 5,548.25 |
| Retroactive pay adjustment | | | | 100.20 | | 562.67 |
| Shift Differential | 06/17/2023 | | | 18.55 | | 389.57 |
| FLSA-Overtime | 06/24/2023 | | 25.00 | 621.05 | 122.00 | 2,850.26 |
| Shift Differential | 06/24/2023 | | | 17.46 | | 0.00 |
| Regular Wages | | | 40.00 | 900.22 | 560.00 | 11,684.62 |

CONTINUED NEXT PAGE

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 82.22 | 1,216.57 |
| Fed MED/EE | 29.73 | 364.29 |
| Fed OASDI/EE | 127.13 | 1,557.64 |
| NY FLI/EE | 9.33 | 114.31 |
| NY Withholdng | 93.86 | 1,106.71 |
| NY NEW YORK Withholdng | 66.53 | 786.30 |
| TOTAL: | 408.80 | 5,145.82 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DC37-Loc420Dues-NrsAid-TrnEsct | 16.93 | 237.02 |
| TOTAL: | 16.93 | 237.02 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,050.42 | 2,050.42 | 408.80 | 16.93 | 1,624.69 |
| YTD | 25,123.18 | 25,123.18 | 5,145.82 | 237.02 | 19,740.34 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account # | Amount |
|---|---|---|---|
| Advice #4666653 | | | 1,624.69 |
| TOTAL: | | | 1,624.69 |

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
NEW YORK CITY HEALTH + HOSPITALS

**NYC HEALTH + HOSPITALS**

| | |
|---|---|
| Pay Group: | B1-Bi-Weekly 1 |
| Pay Begin Date: | 06/18/2023 |
| Pay End Date: | 07/01/2023 |

| | |
|---|---|
| Mail drop ID: | XBA1 |
| Business Unit: | QUE01 |
| Advice #: | 000000004666653 |
| Advice Date: | 07/07/2023 |

Employee ID: 100167385
BEGUM NASSA
84-08 129TH STREET
KEW GARDENS, NY 11415

| | |
|---|---|
| Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| Location: | QUEENS MAIN BUILDING BSMT |
| Job Title: | Service Aide-Food Service |
| Pay Rate: | $23,470.00 Annual |
| Pension ID: | |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Absent Without Pay | - | - | - | 0.00 | - | -185.13 |
| Retroactive pay adjustment | - | - | - | 0.00 | - | 3,617.49 |
| Holiday Premium | - | - | - | 0.00 | - | 233.76 |
| Overtime Prev YTD | - | - | - | 0.00 | 20.50 | 421.69 |
| **TOTAL:** | | | 83.00 | 2,050.42 | 971.00 | 25,123.18 |

### TAXES

| Description | Current | YTD |
|---|---|---|

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
NEW YORK CITY HEALTH + HOSPITALS

**NYC HEALTH + HOSPITALS**

| Pay Group: | B1-Bi-Weekly 1 | Mail drop ID: | XBA1 |
|---|---|---|---|
| Pay Begin Date: | 06/18/2023 | Business Unit: | QUE01 |
| Pay End Date: | 07/01/2023 | Advice #: | 000000004666653 |
| | | Advice Date: | 07/07/2023 |

| Employee ID: 100167385 | Department: | 2420631000-FOOD AND NUTRITION SERVICES |
|---|---|---|
| BEGUM NASSA | Location: | QUEENS MAIN BUILDING BSMT |
| 84-08 129TH STREET | Job Title: | Service Aide-Food Service |
| KEW GARDENS, NY 11415 | Pay Rate: | $23,470.00 Annual |
| | Pension ID: | |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Overtime | 06/17/2023 | - | 18.00 | 392.94 | 268.50 | 5,548.25 |
| Retroactive pay adjustment | | - | - | 100.20 | - | 562.67 |
| Shift Differential | 06/17/2023 | - | - | 18.55 | - | 389.57 |
| FLSA-Overtime | 06/24/2023 | - | 25.00 | 621.05 | 122.00 | 2,850.26 |
| Shift Differential | 06/24/2023 | - | - | 17.46 | - | 0.00 |
| Regular Wages | | - | 40.00 | 900.22 | 560.00 | 11,684.62 |
| **CONTINUED NEXT PAGE** | | | | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 82.22 | 1,216.57 |
| Fed MED/EE | 29.73 | 364.29 |
| Fed OASDI/EE | 127.13 | 1,557.64 |
| NY FLI/EE | 9.33 | 114.31 |
| NY Withholdng | 93.86 | 1,106.71 |
| NY NEW YORK Withholdng | 66.53 | 786.30 |
| **TOTAL:** | **408.80** | **5,145.82** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DC37-Loc420Dues-NrsAid-TrnEsct | 16.93 | 237.02 |
| **TOTAL:** | **16.93** | **237.02** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,050.42 | 2,050.42 | 408.80 | 16.93 | 1,624.69 |
| YTD | 25,123.18 | 25,123.18 | 5,145.82 | 237.02 | 19,740.34 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account # | Amount |
|---|---|---|---|
| Advice #4666653 | | | 1,624.69 |
| **TOTAL:** | | | **1,624.69** |

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
NEW YORK CITY HEALTH + HOSPITALS

**NYC HEALTH + HOSPITALS**

| | |
|---|---|
| Pay Group: | B1-Bi-Weekly 1 |
| Pay Begin Date: | 06/18/2023 |
| Pay End Date: | 07/01/2023 |
| Mail drop ID: | XBA1 |
| Business Unit: | QUE01 |
| Advice #: | 000000004666653 |
| Advice Date: | 07/07/2023 |

| | |
|---|---|
| Employee ID: | 100167385 |
| | BEGUM NASSA |
| | 84-08 129TH STREET |
| | KEW GARDENS, NY 11415 |
| Department: | 2420631000-FOOD AND NUTRITION SERVICES |
| Location: | QUEENS MAIN BUILDING BSMT |
| Job Title: | Service Aide-Food Service |
| Pay Rate: | $23,470.00 Annual |
| Pension ID: | |

**TAX DATA:**

| | Federal | NY State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | N/A | 0 |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Ern End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Absent Without Pay | - | - | - | 0.00 | - | -185.13 |
| Retroactive pay adjustment | - | - | - | 0.00 | - | 3,617.49 |
| Holiday Premium | - | - | - | 0.00 | - | 233.76 |
| Overtime Prev YTD | - | - | - | 0.00 | 20.50 | 421.69 |
| **TOTAL:** | | | **83.00** | **2,050.42** | **971.00** | **25,123.18** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| | | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

Your PeopleSoft Self Service UserID is: NASSAB
Please contact the Help Desk at 877-934-8442 with any log in issues

RETAIN THIS STATEMENT OF EARNINGS AND DEDUCTIONS
**NEW YORK CITY HEALTH + HOSPITALS**