UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

    Begum S. Nassa,                                          Chapter 7
                                                                           Case No. 23-42961-nhl
                                                    Debtor.
---------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION PURSUANT TO SECTION 707(b) OF THE BANKRUPTCY CODE AND OBJECT TO DISCHARGE AND DISCHARGEABILITY OF DEBT

**WHEREAS,** on August 18, 2023, Begum S. Nassa (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York, at Brooklyn; and

**WHEREAS,** Debra Kramer was appointed the interim Chapter 7 Trustee (the "Trustee") of the Debtor's estate; and

**WHEREAS,** as reflected in the Notice of Chapter 7 Bankruptcy Case, dated August 21, 2023, (the "Notice"), the Debtor's initial section 341(a) meeting was scheduled for September 28, 2023; and

**WHEREAS**, the Debtor did not appear and submit to examination at the Debtor's section 341(a) meeting held on September 28, 2023 or at the Debtor's adjourned section 341(a) meetings of creditors held on October 19, 2023 and October 26, 2023 due to Debtor's counsel's inability to appear on these dates due to illness or a scheduling conflict; and

**WHEREAS**, the Debtor's section 341(a) meeting was further adjourned to November 21, 2023; and

**WHEREAS**, Debtor's counsel requested a further adjournment of the Debtor's section 341(a) meeting due to Debtor's counsel's inability to appear due to a scheduling conflict; and

**WHEREAS**, as reflected on the Notice, the deadline to file a complaint objecting to the the Debtor's discharge or challenging the dischargeability of a debt, is November 27, 2023; and

**WHEREAS,** the Debtor has consented to extend the time period within which the Trustee and/or the United States Trustee may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 from November 27, 2023 up to and including February 22, 2024, without prejudice to the right of either the Trustee and /or the United States Trustee to seek a further extension or extensions of such time; and

**WHEREAS**, the Debtor has consented to extend the time period within which the United States Trustee may file a motion pursuant to 11 U.S.C. § 707(b) from November 27, 2023 up to and including February 22, 2024, without prejudice to the right of the United States Trustee to seek a further extension or extensions of such time; and

**WHEREAS**, the Debtor has consented to extend the time period within which a complaint challenging the dischargeability of debt of the Debtor is extended from November 27, 2023 up to and including February 22, 2024, without prejudice to any person or entity seeking a further extension or extensions of such time.

**NOW, THEREFORE,** it is stipulated and agreed by and between the undersigned that:

1.   The time period within which the Trustee and/or the United States Trustee may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is

extended from November 27, 2023 up to and including February 22, 2024, without prejudice to the right of the Trustee and/or the United States Trustee to seek a further extension or extensions of such time.

2. The time period within which the United States Trustee may file a motion pursuant to 11 U.S.C. § 707(b) is extended from November 27, 2023 up to and including February 22, 2024, without prejudice to the United States Trustee's right to seek a further extension or extensions of such time.

3. The time period within which a complaint challenging the dischargeability of debt of the Debtor is extended from November 27, 2023 up to and including February 22, 2024, without prejudice to any person or entity seeking a further extension or extensions of such time.

4. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

5. The parties hereto consent to the entry of the stipulation as an order in this case.

Dated: East Hampton, New York
       November 9, 2023

                              By: /s/ Debra Kramer, Interim Chapter 7 Trustee
                                    Debra Kramer, interim Chapter 7 Trustee
                                    of the Estate of Begum S. Nassa
                                    10 Pantigo Road, Suite 1
                                    East Hampton, New York 11937
                                    Telephone: (516) 482-6300

Dated: Kew Gardens, New York
       November 6, 2023

                                By: /s/ Sally Attia
                                    Sally S Attia, Esq.
                                  125-10 Queens Blvd.
                                  Suite # 9
                                  Kew Gardens, NY 11415
                                  Telephone: (718) 725-7347

                                  Attorney for Begun S. Nassa, Debtor

**SO ORDERED:**

Dated: November 17, 2023
      Brooklyn, New York



                                                                       **Nancy Hershey Lord**
                                                          **United States Bankruptcy Judge**