United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-42961-nhl
Begum S. Nassa  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Jan 12, 2024      Form ID: 178      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Begum S. Nassa, 84-08 129th St, Kew Gardens, NY 11415-2811 |
| 10230214 | + | 214 W39th St LLC, 214 West 39th Street, Suite 1200, New York, NY 10018-5526 |
| 10230211 | | MG RETAIL LLC, 214 WEST 39~ STREET, SUITE 1200, NEW YORK, NY 10018 |
| 10230212 | + | OXYGEN XL, 1 HILLCREST CENTER DRIVE, SUITE 314, Spring Valley NY 10977-3745 |
| 10230213 | + | SMITH CARROAD LEVY WAN & PARIKH, P.C., 5036 JERICHO TURNPIKE, Suite 201, COMMACK, NY 11725-2812 |
| 10230215 | + | UNIVERSAL PARTNERS, PO Box 3385, Littleton CO 80161-3385 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jan 12 2024 18:14:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 12 2024 18:14:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jan 12 2024 18:14:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 12 2024 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10230210 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 12 2024 18:14:00 | Dept. of Ed/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: 178 | Total Noticed: 11 |
| Date: Jan 14, 2024 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avrum J Rosen | on behalf of Trustee Debra Kramer arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Debra Kramer | dkramer@kramerpllc.com;trustee@kramerpllc.com ny73@ecfcbis.com |
| Debra Kramer | on behalf of Trustee Debra Kramer dkramer@kramerpllc.com;trustee@kramerpllc.com ny73@ecfcbis.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Sally S Attia | on behalf of Debtor Begum S. Nassa attialaw@gmail.com |
| The Law Offices of Avrum J. Rosen, PLLC | on behalf of Trustee Debra Kramer arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Begum S. Nassa<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9140<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   8/18/23 |
| Case number: | 1–23–42961–nhl | |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate.  Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before April 11, 2024** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: January 12, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]