Printed: 05/09/2025 4.38 PM

# Trustee's Compensation

**Debtor:** BEGUM S. NASSA  **Case:** 23-42961- NHL

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 130,000.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 80,000.00 | = | 4,000.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Total Compensation: | | $9,750.00 |
| | Adjustment: | | 0.00 |
| | Total Compensation: | | $9,750.00 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $9,750.00 |

## Trustee Expenses

| | | |
|---|---|---|
| POSTAGE | 4.0 POST at $0.73 | $2.92 |
| POSTAGE | | $7.62 |
| COPIES | 200.0 COPY at $0.10 | $20.00 |
| | Subtotal Expenses: | $30.54 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $30.54 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $30.54 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $9750.00 as compensation and $30.54 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 05/09/2025   Signed: /s/ Debra Kramer, Trustee

Debra Kramer, Trustee, TRUSTEE
10 Gingerbread Lane
East Hampton, NY 11937

**Trustee: Debra Kramer, Trustee (521380)**
**Period: 08/23/23 - 05/09/25**

**Case Number:** 23-42961-NHL         **Case Name:** BEGUM S. NASSA
**Case Type:** Asset                  **Judge:** NANCY HERSHEY LORD

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| Calderon, Evelyn, Staff | 03/21/25 | Staff | Staff Monthly Bank Statement Review | 0.10 | -- |
| | 04/08/25 | Staff | Staff Monthly Bank Statement Review | 0.10 | -- |
| **Subtotal for Name: Calderon, Evelyn, Staff** | | | | **0.20** | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| Kramer, Debra, Trustee | 08/23/23 | Trustee | Trustee<br>Review debtor's petition, schedules, statement of financial affairs and documents publicly filed on ACRIS, as well as debtor's prior filed chapter 13 case | 2.50 | -- |
|  | 09/07/23 | Trustee | Trustee<br>Review debtor's additional filed schedules and statement of financial affairs. | 0.40 | -- |
|  | 10/23/23 | Trustee | Trustee<br>Emails w/debtor's attorney re: adjournment of debtor's 341 meeting | 0.10 | -- |
|  | 11/03/23 | Trustee | Trustee<br>Email to debtor's attorney re: debtor's attorney's request for adjournment of 341 meeting | 0.10 | -- |
|  | 11/06/23 | Trustee | Trustee<br>Draft stipulation extending discharge and dischargeability deadlines (.4); email to debtor's attorney re: proposed stipulation (.1) | 0.50 | -- |
|  | 11/08/23 | Trustee | Trustee<br>Email to debtor's attorney re: adjournment of debtor's 341 meeting | 0.10 | -- |
|  | 11/09/23 | Trustee | Trustee<br>ECF Notice of proposed stipulation extending time to object to debtor's discharge, dischargeability of debt and to file motion to dismiss case | 0.30 | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| | 11/20/23 | Trustee | Trustee<br>Review "so ordered" stipulation extending objection to discharge and dischargeability deadlines and to file motion to dismiss | 0.10 | -- |
| | 12/01/23 | Trustee | Trustee<br>Prepare for debtor's examination at 341 meeting | 0.40 | -- |
| | 12/07/23 | Trustee | Trustee<br>Examine debtor at 341 meeting | 0.40 | -- |
| | 12/20/23 | Trustee | Trustee<br>Review, and revise draft application to retain Rosen law firm as Trustee's counsel in case | 0.20 | -- |
| | 12/26/23 | Trustee | Trustee<br>Review entered Order authorizing Trustee's retention of Rosen law firm as Trustee's counsel in case | 0.10 | -- |
| | 12/28/23 | Trustee | Trustee<br>Review debtor's amended schedules | 0.40 | -- |
| | 01/11/24 | Trustee | Trustee<br>ECF Trustee's Discovery of Assets | 0.10 | -- |
| | 01/12/24 | Trustee | Trustee<br>Review Notice of Discovery of Assets | 0.10 | -- |
| | 05/01/24 | Trustee | Trustee<br>Review filed proofs of claims | 0.50 | -- |
| | 05/15/24 | Trustee | Trustee<br>Email with Deborah Dobbin re: settlement discussions | 0.20 | -- |
| | 05/16/24 | Trustee | Trustee<br>T/c with Deborah Dobbin re: status | 0.20 | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| | 05/28/24 | Trustee | Trustee<br>T/c with Deborah Dobbin re: increased settlement offer | 0.10 | -- |
| | 08/22/24 | Trustee | Trustee<br>Review email from Deborah Dobbin re: consent of largest creditor to proposed settlement | 0.10 | -- |
| | 09/03/24 | Trustee | Trustee<br>Review entered stipulation and order re: extension of deadlines to object to discharge and dischargeability | 0.10 | -- |
| | 11/11/24 | Trustee | Trustee<br>T/c with Deborah Dobbin re: comments to stipulation of settlement | 0.40 | -- |
| | 11/15/24 | Trustee | Trustee<br>Review entered stipulation and order re: extension of deadlines to object to discharge and dischargeability | 0.10 | -- |
| | 02/12/25 | Trustee | Trustee<br>Banking | 0.80 | -- |
| | 02/13/25 | Trustee | Trustee<br>Emails with Deborah Dobbin re: amount of last installment payment to be made under stipulation of settlement (.2); email to Corey Neubauer re: his firm's retention as accountants to Trustee to prepare estate tax returns (.1); review filed motion to approve stipulation of settlement (.3) | 0.60 | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|------|------|----------|-------------|------------|-------|
|  | 02/14/25 | Trustee | Trustee<br>Draft application to retain Prager Metis as accountants to Trustee and ECF same. | 0.90 | -- |
|  | 02/18/25 | Trustee | Trustee<br>Review entered Order authorizing retention of Prager Metis as Trustee's accountants | 0.10 | -- |
|  | 03/20/25 | Trustee | Trustee<br>Review email from Deborah Dobbin re: status of hearing on 9019 motion | 0.10 | -- |
|  | 03/21/25 | Trustee | Trustee<br>Monthly Bank Statement Review | 0.10 | -- |
|  | 03/24/25 | Trustee | Trustee<br>Review entered Order approving stipulation of settlement | 0.10 | -- |
|  | 04/08/25 | Trustee | Trustee<br>Monthly Bank Statement Review | 0.10 | -- |
|  | 04/23/25 | Trustee | Trustee<br>Review estate tax returns and emails with Corey Neubauer re: same | 1.20 | -- |
|  | 04/24/25 | Trustee | Trustee<br>Emails with Corey Neubauer re: revised estate tax returns | 0.40 | -- |
|  | 04/29/25 | Trustee | Trustee<br>Banking | 0.70 | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| | 04/30/25 | Trustee | Trustee Review revised federal and state estate tax returns (.8), banking (.5) ; issue check to Prager Metis for payment of fee for preparation of estate tax returns and draft transmittal letter to Corey Neubauer at Prager Metis (1.0) | 2.30 | -- |
| | 05/09/25 | Trustee | Trustee Review filed claims (.5), review fee application of Trustee's counsel (.3); ECF Request for Statement of Clerk's Costs (.1); review filed Statement of Clerk's Costs (.1); Work on TFR (3.20) | 4.20 | -- |
| **Subtotal for Name: Kramer, Debra, Trustee** | | | | **19.10** | -- |
| | | | **Total for case:** | **19.30** | -- |
| | | | **Grand Total:** | **19.30** | -- |